STATE OF NEW JERSEY v. RODNEY JONES.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GUST C. BIAUCE.

September 28, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO CIOLI.

September 28, 1982.

Petition for certification denied.

SYLVESTER ROGERS v. CAMPBELL FOUNDRY, CO.

September 28, 1982.

Petition for certification denied.   (See 185 *N.J.Super.* 109)